IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GOODRITZ** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-2118 |
| **BJP 123-127 OWNER, LLC and PARK AMERICA, INC.** | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, George Goodritz, hereby consents to the dismissal of Defendants, BJP 123-127 Owner, LLC and Park America, Inc.

**LAW FIRM OF JACOBSON & ROOKS, LLC**

By: */s/ Jared A. Jacobson*
    Jared A. Jacobson, Esq. (PA201382)
    2 Penn Center
    1500 JFK Boulevard, Suite 520
    Philadelphia, PA  19102
    Phone: 215-874-8808 / Fax: 856-494-1707

*Attorney for Plaintiff, George Goodritz*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal was filed of record via the Court's CM/ECF System on August 16, 2017, and served upon the following:

Marc Evan Weitzman, Esq.
PARK AMERICA, INC.
One Bala Avenue, Suite 500
Bala Cynwyd, PA  19004

*Attorney for Defendant, Park America, Inc.*

John G. Baker, Esq.
General Counsel
STONEBRICK 1234 CORPORATION
2101 Rosecrans Ave # 5252
El Segundo, CA  90245

*Attorney for Defendant, BJP 123-127 Owner, LLC*

By: */s/ Jared A. Jacobson*
Jared A. Jacobson, Esq.