IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE GOODRITZ<br><br>Plaintiff,<br><br>v.<br><br>BJP 123-127 OWNER, LLC and<br>PARK AMERICA, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 17-2118<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Local Rules of Civil Procedure 41.1(b) for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| | | |
|---|---|---|
| */s/ Jared A. Jacobson*<br>Jared A. Jacobson, Esq.<br>(PA201382)<br>2 Penn Center<br>1500 JFK Boulevard, Suite 520<br>Philadelphia, PA 19102<br>Phone: 215-874-8808 /<br>Fax: 856-494-1707<br>*Attorney for Plaintiff,*<br>*George Goodritz* | */s/ Marc E. Weitzman*<br>Marc E. Weitzman, Esq.<br>PARK AMERICA, INC.<br>One Bala Avenue, Suite 500<br>Bala Cynwyd, PA 19004<br>*Attorney for Defendant,*<br>*Park America, Inc.* | */s/ John G. Baker*<br>John G. Baker, Esq.<br>General Counsel<br>STONEBRICK 1234 CORPORATION<br>2101 Rosecrans Ave # 5252<br>El Segundo, CA 90245<br>*Attorney for Defendant,*<br>*BJP 123-127 Owner, LLC* |
| Dated: August 17, 2017 | Dated: August 17, 2017 | Dated: August 17, 2017 |

So ORDERED this \_\_\_22nd\_\_\_ day of \_\_August\_\_, 2017.

_____ J.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal was filed of record via the Court's CM/ECF System on August 17, 2017, and served upon the following:

Marc Evan Weitzman, Esq.
PARK AMERICA, INC.
One Bala Avenue, Suite 500
Bala Cynwyd, PA 19004

*Attorney for Defendant, Park America, Inc.*

John G. Baker, Esq.
General Counsel
STONEBRICK 1234 CORPORATION
2101 Rosecrans Ave # 5252
El Segundo, CA 90245

*Attorney for Defendant, BJP 123-127 Owner, LLC*

By: */s/ Jared A. Jacobson*
Jared A. Jacobson, Esq.